# EXHIBIT 1

# Hetero and Torrent's Opening Statement

### *In re Entresto (Sacubitril/Valsartan) Patent Litigation*
Case No. 20-md-2930-RGA and associated cases

## February 12, 2024

DDX-0.1

# Summary of Defendants' Case

- **'918 patent, claim 1 is invalid**
  - Named inventors <u>did not invent amorphous TSV</u>, so they <u>could not describe or enable it</u>
  - … let alone the infinite other claimed compounds
- **'667 patent not infringed under DOE**
  - Amorphous TSV is the <u>opposite</u> of crystalline LCZ696
  - Legal bars
- **'667 patent claims are obvious**
  - Prior-art references disclosing LCZ696 for heart failure
  - POSA knowledge re treating heart failure generally

DDX-0.2

# '918 Patent - Invalidity

DDX-0.3

# Patents for Entresto®

**Current Listing in Orange Book:**

5,399,578 – valsartan – **expired**
5,217,996 – sacubitril - **abandoned**

| Patent No ⬍ | Patent Expiration | |
|---|---|---|
| 7468390*PED | 05/27/2024 | **never asserted** |
| 8101659 | 01/15/2025 | sac+val combination – **invalid (D. Del.)** |
| 8101659*PED | 07/15/2025 | |
| 8877938 | 05/27/2027 | TSVH – **suit dismissed** |
| 8877938*PED | 11/27/2027 | |
| 9388134 | 11/08/2026 | |
| 9388134*PED | 05/08/2027 | |
| 9517226 | 08/22/2033 | HFpEF – **carved out** |
| 9937143 | 08/22/2033 | |
| 11058667 | 05/09/2036 | **dosing in sub-population** |
| 11135192 | 08/22/2033 | |

11,096,918 (non-Orange Book) - covers API not in Entresto

DDX-0.4

# The '918 Patent, Claim 1



US011096918B2

(12) **United States Patent**
Feng et al.

(10) Patent No.: **US 11,096,918 B2**
(45) Date of Patent: *Aug. 24, 2021

(54)

## What is claimed is:

**1.** An amorphous solid form of a compound comprising anionic (S)-N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine, anionic (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester, and sodium cations in a 1:1:3 molar ratio.

US 2020/0010109 A1    Jan. 16, 2020

**Related U.S. Application Data**

(60) Continuation of application No. 16/006,252, filed on Jan. 12, 2018, now abandoned, which is a continuation of application No. 15/187,872, filed on Jun. 21, 2016, now abandoned, which is a division of application No. 14/311,788, filed on Jun. 23, 2014, now Pat. No. 9,388,134, which is a division of application No. 11/722,360, filed as application No. PCT/US2006/043710 on Nov. 8, 2006, now Pat. No. 8,877,938.

(60) Provisional application No. 60/822,086, filed on Aug. 11, 2006, provisional application No. 60/789,332, filed on Apr. 4, 2006, provisional application No. 60/735,541, filed on Nov. 10, 2005, provisional application No. 60/735,093, filed on Nov. 9, 2005.

(51) Int. Cl.
A61K 31/216        (2006.01)
A61K 31/41         (2006.01)
C07C 233/47        (2006.01)
C07D 257/04        (2006.01)

CN        1061404 A        5/1992
CN        1007576 A        1/1995
                (Continued)

OTHER PUBLICATIONS

Morissette et al. ("High-throughput crystallization: polymorphs, salts, co-crystals and solvates of pharmaceutical solids"), 2004; Advanced Drug Delivery Reviews, 56: 275-300 (Year: 2004).*
                (Continued)

*Primary Examiner* — Timothy P Thomas

(57)        **ABSTRACT**

An amorphous solid form of a compound comprising the angiotensin receptor antagonist (ARB) valsartan, the neutral endopeptidase inhibitor (NEPi) (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methylpentanoic acid ethyl ester and sodium cations is provided. This compound is useful for the treatment of hypertension and/or heart failure.

**2 Claims, 1 Drawing Sheet**

DDX-0.5

# No Dispute as to the Shorthand Name for the Chemical Names Recited in Claim 1

22. The amorphous complex of anionic (S)-N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine, anionic (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester, and sodium cations in a 1:1:3 ratio can be referred to as "amorphous TSV" or "amorphous TVS," wherein T stands for trisodium cations, S stands for anionic sacubitril and V stands for anionic valsartan.

(21) Appl. No.: 16/579,501

(22) Filed: Sep. 23, 2019

(65) **Prior Publication Data**
US 2020/0016109 A1    Jan. 16, 2020

**Related U.S. Application Data**

(60) Continuation of application No. 16/006,252, filed on Jun. 12, 2018, now abandoned, which is a continuation of application No. 15/187,872, filed on Jun. 21, 2016, now abandoned, which is a division of application No. 14/311,788, filed on Jun. 23, 2014, now Pat. No. 9,388,134, which is a division of application No. 11/722,360, filed as application No. PCT/US2006/043710 on Nov. 8, 2006, now Pat. No. 8,877,938.

(60) Provisional application No. 60/822,086, filed on Aug. 11, 2006, provisional application No. 60/789,332, filed on Apr. 4, 2006, provisional application No. 60/735,541, filed on Nov. 10, 2005, provisional application No. 60/735,093, filed on Nov. 9, 2005.

(51) **Int. Cl.**

6,248,729 B1    6/2001 Coniglio et al.
6,262,092 B1    7/2001 Hamanaka
6,693,216 B2    2/2004 Raczek
(Continued)

FOREIGN PATENT DOCUMENTS

CN    1061484 A    5/1992
CN    1097576 A    1/1995
(Continued)

OTHER PUBLICATIONS

Morissette et al. ("High-throughput crystallization: polymorphs, salts, co-crystals and solvates of pharmaceutical solids"); 2004; Advanced Drug Delivery Reviews, 56: 275-300 (Year: 2004).*
(Continued)

*Primary Examiner* — Timothy P Thomas

(57)    **ABSTRACT**

An amorphous solid form of a compound comprising the angiotensin receptor antagonist (ARB) valsartan, the neutral endopeptidase inhibitor (NEPi) (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methylpentanoic acid ethyl

# No Dispute as to the Meaning of the Term "Compound"



US011096918B2

19. The term "compound" in claim 1 of the '918 patent means "a chemical substance comprising covalent bonds within the two pharmaceutically active agents, the ARB and the NEPi molecular moieties, and noncovalent interactions between these two pharmaceutically active agents, the ARB and the NEPi molecular moieties." C.A. No. 21-1330-RGA, D.I. 131 (December 30, 2022 Joint Stipulation and Order Regarding Claim Construction for U.S. Patent No. 11,096,918).

Jun. 21, 2016, now abandoned, which is a division of application No. 14/311,788, filed on Jun. 23, 2014, now Pat. No. 9,388,134, which is a division of application No. 11/722,360, filed as application No. PCT/US2006/043710 on Nov. 8, 2006, now Pat. No. 8,877,938.

(60) Provisional application No. 60/822,086, filed on Aug. 11, 2006, provisional application No. 60/789,332, filed on Apr. 4, 2006, provisional application No. 60/735,541, filed on Nov. 10, 2005, provisional application No. 60/735,093, filed on Nov. 9, 2005.

(51) Int. Cl.

Morissette et al. ("High-throughput crystallization: polymorphs, salts, co-crystals and solvates of pharmaceutical solids"); 2004; Advanced Drug Delivery Reviews; 56: 275-300 (Year: 2004).*
(Continued)

*Primary Examiner* — Timothy P Thomas

(57)                    **ABSTRACT**

An amorphous solid form of a compound comprising the angiotensin receptor antagonist (ARB) valsartan, the neutral endopeptidase inhibitor (NEPi) (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methylpentanoic acid ethyl

# No Dispute That the Claimed TSV Is Not a Physical Mixture



25.     The specification states that the term "supramolecular complex" "is intended to describe an interaction between the two pharmaceutically active agents, the cations and any other entity present such as a solvent, in particular water, by means of noncovalent, intermolecular bonding between them. This interaction leads to an association of the species present in the supramolecular complex distinguishing this complex over a physical mixture of the species."

'918 patent, col. 7, ll. 20–27.

Jun. 12, 2018, now abandoned, which is a continuation of application No. 15/187,872, filed on Jun. 21, 2016, now abandoned, which is a division of application No. 14/311,788, filed on Jun. 23, 2014, now Pat. No. 9,388,134, which is a division of application No. 11/722,360, filed as application No. PCT/US2006/043710 on Nov. 8, 2006, now Pat. No. 8,877,938.

(60) Provisional application No. 60/822,086, filed on Aug. 11, 2006, provisional application No. 60/789,332, filed on Apr. 4, 2006, provisional application No. 60/735,541, filed on Nov. 10, 2005, provisional application No. 60/735,093, filed on Nov. 9, 2005.

(51) **Int. Cl.**

OTHER PUBLICATIONS

Morisette et al. ("High-throughput crystallization: polymorphs, salts, co-crystals and solvates of pharmaceutical solids", 2004; Advanced Drug Delivery Reviews, 56: 275-300 (Year: 2004).*

(Continued)

*Primary Examiner* — Timothy P Thomas

(57)          **ABSTRACT**

An amorphous solid form of a compound comprising the angiotensin receptor antagonist (ARB) valsartan, the neutral endopeptidase inhibitor (NEPi) (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methylpentanoic acid ethyl

# Claim 1 of the '918 Patent Is Invalid

- **Lacks written description**

  - Specification does not disclose amorphous TSV
  - Inventors lacked possession of amorphous TSV

- **Lacks enablement**
  - The claim is a genus claim because of "comprising" and thus broad
  - Specification does not describe how to make or use amorphous TSV
  - Inventors did not know how to make amorphous TSV

- **Indefinite**
  - POSA cannot distinguish between the claimed amorphous TSV and a physical mixture of sacubitril sodium and valsartan disodium

DDX-0.9

# The '918 Patent, Example 1

### Example 1

40

Preparation of [valsartan ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propylamino)-2-methyl-pentanoic acid ethyl ester)]$Na_3$.2.5 $H_2O$

45   The dual-acting compound of valsartan and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propylamino)-2-methyl-pentanoic acid ethyl ester is prepared by dissolving 0.42 g of (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propylamino)-2-methyl-pentanoic acid ethyl ester free acid (~95% purity)

50   and 0.41 g of valsartan free acid in 40 ml acetone. Separately, 0.111 g of NaOH are dissolved in 7 ml $H_2O$. The two solutions are combined and stirred at room temperature for 1 hour and a clear solution was obtained. The solution is evaporated at 35° C. to yield a glassy solid. The glassy solid

55   residue is then charged with 40 ml acetone and the resulting mixture is stirred and sonicated until precipitation occurred (~5 minutes). The precipitate was filtered and the solid is dried at room temperature in open air for 2 days until a constant mass of the crystalline solid is obtained.

60   Characterization by various methods could confirm the presence of both valsartan and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propylamino)-2-methyl-pentanoic acid ethyl ester and complex formation in contrast to a simple physical mixture. Significant spectral peaks for the complex are

65   observed e.g. in the XRPD, IR, and Raman spectroscopy which are not present for the physical mixture. See below for details on the characterization.

Crystalline LCZ696 (JSUF 37, 28)

Crystalline LCZ696 (JSUF 37, 28)

DDX-0.10

# The Specification Mentions "Amorphous" Only *Once* in the Context of the "Dual-Acting Compound"

The combination or dual-acting compound, in particular, the complex, of the present invention is preferably in the solid form. In the solid state it can be in the crystalline, partially crystalline, amorphous, or polymorphous form, preferably in the crystalline form. 45

The dual-acting compound, in particular, the complex, of the present invention is distinct from a combination of an ARB and a NEPi obtained by simply physically mixing the two active agents. Thus, it can have different properties that make it particularly useful for manufacturing and therapeutic applications. The difference of the dual-acting compound, in particular, the complex, and the combination can be exemplified by the dual-acting compound of (S)—N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester which is characterized by very distinct spectral peaks and shifts that are not observed in the physical mixture. 50 55

Specifically, such a dual-acting compound is preferably characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer using Cu-Kα radiation (lamda=1.54056 A) with a Peltier-cooled Sili- 60

DDX-0.11

# The Specification on the Dual-Acting Compound: Describing Crystalline LCZ696



# Novartis's Documents Demonstrate That It Did Not Possess the Alleged Invention







# Admissions by Novartis

- In an internal Novartis report and presentation describing efforts to make a sacubitril/valsartan complex, Novartis's scientists admitted that they did not possess amorphous TSV:

  - "no convincing method to prove that the amorphous material obtained is different than a physical mixture"

  - "the results [for amorphous material] were inconclusive as no convincing peaks or shifts were observed by the spectroscopic techniques"

  - "differentiation [of amorphous material] from a physical mixture . . . appeared to be an insurmountable task"

DDX-0.14

JTX-1012 at 11-12

## Novartis's Admissions Confirm That the Inventors Did Not Possess the Amorphous TSV and Could Not Have Satisfied the Written Description Requirement

- *Nuvo Pharma. Co. v. Dr. Reddy's Labs, Inc.*, 923 F.3d 1368, 1381 (Fed. Cir. 2019) ("Although **inventor testimony** cannot establish written description support where none exists in the four corners of the specification, it [can] **illuminate[] the absence** of critical description . . . .")

- *Mendenhall v. Cedarapids*, 5 F.3d 1557, 1565 (Fed. Cir. 1993) (holding patent not entitled to earlier priority date of parent applications that failed to describe the claimed invention where **inventor testified that he did not have any invention** directed to a recited limitation until after the claimed earlier priority date and thus he "could not convey that he possessed an invention" in the earlier application)

- *Invitrogen Corp. v. Clontech Laboratories,* 429 F.3d 1052, 1063 (Fed. Cir. 2005). (conception, in particular, requires "more than an unrecognized accidental creation"; the inventor must "be able to define the compound so as to distinguish it from other materials, and to describe how to obtain it.")

- *Regents of the Univ. of Cal. v. Eli Lilly & Co.*, 119 F.3d 1559, 1566 (Fed. Cir. 1997) ("[A] patent specification must describe an invention and do so in sufficient detail that one skilled in the art can clearly conclude that 'the inventor **invented** the claimed invention.'") (quoting *Lockwood v. Am. Airlines, Inc.*, 107 F.3d 1565, 1572 (Fed. Cir. 1997))

DDX-0.15

# The Inventor's Lack of Knowledge and Understanding of the Alleged Invention Requires an Invalidity Finding Under § 112

- Did the inventors invent amorphous TSV?  **No.**

- Did the inventors knowingly obtain amorphous TSV?  **No.**

- Did the inventors characterize (XRPD, IR, Raman, $^{13}$C NMR, DSC, TGA) an amorphous substance to know that it was in fact a complex?  **No.**

- Did the inventors point out in the specification of the '918 patent that they had invented amorphous TSV?  **No.**

- What is the scope of the claim?  **Infinite genus.**

- Was the technology novel, nascent, or mature?  **Nascent → must be enabled.**

DDX-0.16

# Lili Feng, Ph.D. ('918 Named Inventor) (via deposition)

**Novartis alleges she made amorphous TSV, however:**



> 6          Dr. Feng, were you involved in
> 7   formulating any amorphous forms of a
> 8   sacubitril/valsartan complex?
> 9          MS. SCHWARZ:  Objection to form.
> 10   A.   I do not recall.
> 11   Q.   Do you recall anyone at Novartis
> 12   working on any amorphous forms of
> 13   sacubitril/valsartan complex?
> 14          MS. SCHWARZ:  Objection to form.
> 15   A.   I do not recall.
> 16   Q.   Do you recall whether anyone at
> 17   Novartis studied in any way an amorphous form of a
> 18   sacubitril/valsartan complex?
> 19          MS. SCHWARZ:  Objection to form.
> 20   A.   I do not recall.

DDX-0.17

Feng Tr. 209:6-20

# Lili Feng, Ph.D. ('918 Named Inventor) (via deposition)

**Novartis alleges she made amorphous TSV, however:**



16      Q.      Have you ever distinguished a
17  physical mixture of valsartan and sacubitril from an
18  amorphous complex of valsartan and sacubitril?

20      A.      I don't recall.

DDX-0.18

Feng Tr. 209:16-20

# Dr. Michael Motto (Novartis 30(b)(6)) (via deposition)

**Testimony undermines Novartis's alleged invention of amorphous TSV**



9     **Q.  Would you agree that you can't determine**
10    **that you made a particular compound unless you**
11    **characterized that compound?**

15         THE WITNESS:  Yes, you need to
16    characterize to determine what you make.

2     **Q.   Do you agree that without**
3     **characterization, Novartis could not have known**
4     **whether they possessed amorphous TSV?**

7         THE WITNESS:  And, again, without any
8     characterization, yes.

DDX-0.19

06/29/2023 Motto Tr. 83:9-16; 85:2-8

# David Atwood, Ph.D. (Chemist): '918 Patent

## Defendants' Expert



- Dr. Atwood will testify how he prepared the transient intermediate described in Example 1 as a "glassy solid [residue]"

- And how he compared the transient intermediate with a physical mixture of sacubitril and valsartan using:

  - Infrared

  - Raman

DDX-0.20

# IR: Superimposition of the Transient Intermediate and the Physical Mixture (Dr. Atwood)



DDX-0.21

DTX-5087; DTX-5112; Data Files: da8i.partial-run2.spa; da13i.mix10.13.spa

# Raman: Superimposition of the Partial Product of Example 1 and the Physical Mixture



DTX-5233; DTX-5089; DTX-5116; Data File: da13r-mix10.17.spa.; Data File: da8r.Partial-run2.

# Jonathan Steed, Ph.D. (Chemist): '918 Patent

**Defendants' Expert**



- Claim 1 of the '918 patent is a genus claim encompassing amorphous TSV and infinite other compounds

- Lack of written description of any claimed compound

- Lack of enablement of any claimed compound

- Indefiniteness

In testifying on the above, Dr. Steed will address:

- Novartis' failure to characterize alleged amorphous TSV and distinguish it from a physical mixture

- Dr. Atwood's experiments show no difference between alleged TSV and mixture

- Dr. Park's experiments show no difference

- *Wands* factors demonstrate lack of enablement

DDX-0.23

# The '667 Patent



**(54) SACUBITRIL-VALSARTAN DOSAGE REGIMEN FOR TREATING HEART FAILURE**

## Related U.S. Application Data

(60) Provisional application No. 62/159,703, filed on May 11, 2015.

### (57) ABSTRACT

The present invention relates to sacubitril-valsartan dosage regimens for the treatment of heart failure in a patient.

Asserted Claims:
- Claim 15 (depends on independent claim 7)
- Claim 19 (depends on independent claim 7)

DDX-0.24

# (Unasserted) Independent Claim 7 of the '667 Patent

|  | Claim 7 |
|---|---|
| **Condition** | HFrEF |
| **Active ingredient** | LCZ696 or physical mixture of sac+val in 1:1 ratio |
| **Uptitration regimen:** |  |
| **50 mg bid** | 2-4 weeks |
| **100 mg bid** | 2-4 weeks |
| **Total time to 200 mg bid** | at least 6 weeks |
| **Patient population** | naïve/low-RAAS |

- Same condition, API, and patient population
- Slight difference in titration timing
- 3 weeks at 50 mg bid; 3 weeks at 100 mg bid; then 200 mg bid meets both

DDX-0.25

JTX-1001; DTX-6501

# '667 Patent – Hetero and Torrent Do Not Infringe the Asserted Claims

# '667 Patent, Claims 15 and 19 Are Not Infringed

- The claims cover a single complex, **crystalline LCZ696**

- Novartis does not assert literal infringement as defendants' API's do not contain LCZ696

- Instead, Novartis asserts infringement under DOE, contending defendants' amorphous TSV is equivalent to LCZ696

- **Not equivalent**:  amorphous TSV is the **opposite** of crystalline LCZ696 (**vitiation**)

DDX-0.27

# Novartis's Experts Oversimplify the DOE Analysis, Reading LCZ696 Out of the Claims

- Novartis ignores that the claims recite a **single specific complex (LCZ696)** and attempts to extend the claims to any complex that purportedly deliver sacubitril and valsartan in a 1:1 ratio

- Novartis improperly focuses on "result" only (bioequivalency); bioequivalence is not DOE equivalency

- But **crystalline** and **amorphous** compounds function differently and have different properties – they are **opposites**

- DOE is element-by-element – the crystalline structure of LCZ696 matters

DTX-6082; DTX 6084

# Crystalline Compounds Have a Highly <u>Ordered</u> Arrangement;<br><u>Amorphous</u> Compounds Have a <u>Disordered</u> Arrangement



**Crystalline Solids**



**Amorphous Solids**

DDX-0.29

# '667 Patent, Claims 15 and 19 Are Not Infringed

- Disclaimers of amorphous API (incorporation of WO'713) Bar Novartis's DOE Claims

> The formulation of dual acting compounds such as supramolecular complexes is not trivial since typical formulation techniques may have a negative effect on the drug substance leading to e.g. increased amorphism and/or dissociation of the components of the dual acting compound. In general, one should avoid to expose the therapeutic agent during the formulation to moisture, excessive heat and/or high shear forces. This may pose a number of formulation issues and difficulties which need to be addressed.

- Disclosure-dedication (incorporation of WO'546) (conditional)

DDX-0.30

# Incorporation by Reference of WO '713 and WO '546

The compounds and pharmaceutical compositions disclosed herein include novel drug candidates potentially useful for the treatment of hypertension and/or heart failure. Such compounds or pharmaceutical compositions have been previously disclosed in WO 2003/059345, WO 2007/056546, WO 2009/061713 as well as WO2014029848, which are herein incorporated by reference.

DDX-0.31

JTX-1001 at 2:35-41

# Jonathan Steed, Ph.D. (Chemist): '667 Patent

**Defendants' Expert**



<u>Noninfringement</u>

Defendants' <u>amorphous APIs</u> are **not equivalent** to the <u>claimed crystalline LCZ696</u> under the DOE

- **Vitiation (opposites)**
  - Explain differences between crystalline and amorphous APIs
- Incorporation by reference of WO'713 & WO'564
- **Disclaimer** of amorphous API (WO'713)

DDX-0.32

# Dan J. Fintel, M.D. (Cardiologist): '667 Patent

## Defendants' Expert



<u>Noninfringement</u> (in reliance on Dr. Steed)

- POSA would rely on a **chemist** (Dr. Steed) relating to the chemistry of the API claim element
- Defendants' <u>amorphous APIs</u> are **not equivalent** to the <u>claimed crystalline LCZ696</u> under the DOE
  - **Vitiation (opposites)**
  - POSA would understand without chemist
  - Chemist adds details
- **Incorporation** by reference of WO'713 and WO'564
- **Disclaimer** of amorphous API (WO'713)

DDX-0.33

# '667 Patent – The Asserted Claims Are Invalid

DDX-0.34

# '667 Patent, Claims 15 and 19 Would Have Been Obvious

- Obvious based on known use of LCZ696 for heart failure and known titration regimens

- Obvious over:
  - NCT'089 Pub. 2013
  - VA Consent Form (approved 3/11/2014)
  - Schumacher 2014 in view of Dickstein 2008

  and the knowledge of a POSA

DDX-0.35

# Clinical Trials Used LCZ696 Prior to May 11, 2014

- **PARAMOUNT**
  - *LCZ696 titrated in HRpEF, including naïve patients* (Solomon 2012)

- **PARADIGM-HF**
  - *LCZ696 in HFrEF* (Schumacher; McMurray 2013)

- **TITRATION**
  - *LCZ696 titrated in HRrEF, including naïve/low-RAAS patients* (NCT'089 Pub. 2013; VA Consent Form)

# LCZ696: PARADIGM-HF Stopped Early Due to Positive Results



DDX-0.37

DTX-6171

# LCZ696 Clinical Trial: TITRATION (NCT'089 Pub. 2013)



DDX-0.38

DTX-6028A at 1-2

# LCZ696 Clinical Trial: TITRATION (NCT'089 Pub. 2013)

## Study Description

### Brief Summary

The purpose of this study is to assess the safety and tolerability of initiating LCZ696 in heart failure patients with reduced ejection fraction (HF-rEF) using conservative (reaching target dose over 6 weeks) and condensed (reaching target dose over 3 weeks) up-titration regimens.

DDX-0.39

DTX-6028A at 1-2

# LCZ696 Clinical Trial: TITRATION (NCT'089 Pub. 2013)

## Arms and Interventions

| Arms | Assigned Interventions |
|---|---|
| Experimental: Condensed up-titration<br><br>Up-titration to LCZ696 200 mg twice daily (bid) over 3 weeks | Drug: LCZ696<br><br>• LCZ696 50 mg/100 mg/200 mg bid |
| Experimental: Conservative up-titration<br><br>Up-titration to LCZ696 200 mg bid over 6 weeks | Drug: LCZ696<br><br>• LCZ696 50 mg/100 mg/200 mg bid |

DDX-0.40

DTX-6028A at 1-2

# LCZ696 Clinical Trial: TITRATION (VA Consent Form)



**Department of Veterans Affairs**

**Protocol # 4497 B**

**VA RESEARCH CONSENT FORM**

(Page 1 of 9)

Date:

**Title of Study:** A multicenter, randomized, double-blind, parallel group study to assess the safety and tolerability of initiating LCZ696 in heart failure patients comparing two titration regimens

**Principal Investigator:** Inder Anand, MD

**VAMC:** Minneapolis 618

This section for completion by IRB only

Approval date: 03/11/2014

Expiration date: 12/01/2014

Version date 03/07/2014
MVAHCS form revised Dec 2013

EXHIBIT 24

VA Form 10-1086
June 1990

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only
Special Protected Data

NPC-VS-667-000018955

DDX-0.41

DTX-6316 at 1

# '667 Patent Claims – Condition & API (VA Consent Form)

## PURPOSE OF THE STUDY

Because you have a history of heart failure with reduced ejection fraction (a measure of the heart's pumping function that is lower than normal) you are being asked to voluntarily participate in a research study to test the safety and tolerability of starting LCZ696 in heart failure patients with reduced ejection using one of two up-titration strategies. The conservative strategy (reaching target dose over 6 weeks) or the condensed strategy (reaching target dose over 3 weeks).

DDX-0.42

DTX-6316 at 1

# Varying Dosing Is Obvious under Federal Circuit Precedent

*Amgen Inc. v. Sandoz Inc.*, 66 F.4th 952, 968 (Fed. Cir. 2023) ("We have previously held [in *Genentech, Inc. v. Sandoz Inc.*, 55 F.4th 1366 (Fed. Cir. 2022)] that ***varying a dose in response to the occurrence of side effects is a well-known, standard medical practice that may well lead to a finding of obviousness***. We note here, as in *Genentech*, that varying a dose in response to the occurrence of side effects is well-known and obvious to the skilled artisan." (citation omitted)).

# Reasonable Expectation of Success

- PARADIGM-HF trial involving LCZ696 titration already showed that LCZ696 works for HFrEF patients

- PARAMOUNT trial involving LCZ696 titration already used LCZ696 in naïve patient population

- "Start low and go slow" mantra for treating heart failure

# Nicole Twisk (Novartis 30(b)(6)) (via deposition)

**Novartis's corporate witness regarding the VA Consent Form and confidentiality**



- No confidentiality restrictions on patients receiving VA consent form

- Novartis did not limit the number of forms distributed and had no reason to do so

- Novartis did not dictate how VA investigator presented the informed consent form to patients

**VA Consent Form is a prior-art printed publication
(or otherwise available to the public)**

DDX-0.45

10/27/2023 Twisk Tr. 73:10-75:10; 06/30/2023 Tr. 88:6-89:16

# Dan J. Fintel, M.D.: '667 Patent

**Defendants' Expert**



<u>Invalidity</u>

- Treating heart failure generally
- Clinical trial practices and confidentiality
- Known LCZ696 dosage regimens and clinical trials
- Obviousness of asserted claims of the '667 patent

# Summary of Defendants' Case

- **'918 patent, claim 1 is invalid**
  - Named inventors <u>did not invent amorphous TSV</u>, so they <u>could not describe or enable it</u>
  - … let alone the infinite other claimed compounds

- **'667 patent not infringed under DOE**
  - Amorphous TSV is the <u>opposite</u> of crystalline LCZ696
  - Legal bars

- **'667 patent claims are obvious**
  - Prior-art references disclosing LCZ696 for heart failure
  - POSA knowledge re treating heart failure generally

DDX-0.47